**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OACIA WILLIAMS,                                    No. C-12-02007 DMR

        Plaintiff(s),               **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

   v.

CITY OF EMERYVILLE,

        Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

     The Case Management Conference previously scheduled for January 16, 2013 has been CONTINUED to **March 20, 2013 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **March 13, 2013.**

     IT IS SO ORDERED.

Dated: January 10, 2013

_____
DONNA M. RYU
United States Magistrate Judge