UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| OACIA WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF EMERYVILLE, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 12-2007 DMR<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　February 13, 2013<br>Mediator:　R. Stephen Goldstein |

   IT IS HEREBY ORDERED that the request to excuse named defendants R. Alton and A. Cassianos from appearing in person at the February 13, 2013, mediation before R. Stephen Goldstein is GRANTED.

   IT IS SO ORDERED.

February 11, 2013　　　　　　By: _____
Dated　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　United States Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California