UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| OACIA WILLIAMS,<br><br>   Plaintiff,<br><br> v.<br><br>CITY OF EMERYVILLE, et al.,<br><br>   Defendants.<br>_____/ | No. C 12-2007 DMR<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  February 13, 2013<br>Mediator: R. Stephen Goldstein |

  IT IS HEREBY ORDERED that the request to excuse named defendants R. Alton and A. Cassianos from appearing in person at the February 13, 2013, mediation before R. Stephen Goldstein is GRANTED.

  IT IS SO ORDERED.

February 11, 2013    By: _____
Dated            Maria-Elena James
              United States Chief Magistrate Judge