UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OACIA WILLIAMS,<br><br>      Plaintiff,<br><br>    v.<br><br>CITY OF EMERYVILLE,<br><br>      Defendant.<br>_____/ | No. C-12-02007 DMR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference previously set for March 20, 2013 at 1:30 p.m. has been CONTINUED to **May 29, 2013, at 1:30 p.m.** in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **May 22, 2013.**

Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: March 15, 2013

_____
DONNA M. RYU
United States Magistrate Judge