UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OACIA WILLIAMS, | No. C-12-02007 DMR |
| Plaintiff(s), | **ORDER CONTINUING EXPERT DISCLOSURE AND REPORT DEADLINE** |
| v. | |
| CITY OF EMERYVILLE, | |
| Defendant(s). | |
| _____/ | |

The parties having met and conferred and filed a stipulation to continue the expert disclosure deadline [Docket No. 25], the court orders that the expert disclosure and report deadline originally scheduled for June 25, 2013 is extended until July 2, 2013. This order shall does not change any of the other deadlines in the case management and pretrial order [Docket No. 13].

IT IS SO ORDERED.

Dated: June 20, 2013

DONNA M. RYU
United States Magistrate Judge